IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRESCHNER,       ) | Case No. 1:06-cv-00295 LJO TAG HC |
|      Petitioner,    ) | |
|      v.           ) | ORDER GRANTING RESPONDENTS' MOTION FOR AN EXTENSION |
| U.S. PAROLE COMMISSION, et al.,) | OF TIME TO FILE ANSWER |
|      Respondents.   ) | Doc. 10 |

On February 5, 2008, Respondents filed a motion requesting an extension of time to March 24, 2008, to file an answer to Petitioner's §2241 petition.  (Doc. 10).  On February 19, 2008, Petitioner filed a response to the motion.  (Doc. 12).

The Court finds that good cause exists to grant Respondents' motion, and makes the following order:

1.  Respondents' motion for an extension of time to file an answer (Doc. 10) is GRANTED;

2.  Respondents shall have until and including March 24, 2008, to file an answer to the petition.

3. This order is made nunc pro tunc to February 5, 2008.

IT IS SO ORDERED.

Dated:   **February 22, 2008**                              **/s/ Theresa A. Goldner**
                                                                    UNITED STATES MAGISTRATE JUDGE