IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRESCHNER, | No. C 06-00295 CW |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES PAROLE COMMISSION; UNITED STATES BUREAU OF PRISONS; KEN CLARK, Warden, | |
| Respondents. | |

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED

That Petitioner John Greschner's Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

Dated at Oakland, California, this 24th day of March, 2009.

VICTORIA MINOR
Clerk of Court


By: *Sheilah Cahill*
───────────────────────
SHEILAH CAHILL
Deputy Clerk